AO 91 (Rev. 11/11)   Criminal Complaint

**FILED**

## UNITED STATES DISTRICT COURT

for the

Eastern District of California

JUL 15 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| United States of America | ) |
| v. | ) |
| | ) |
| | ) |
| FERNANDO FIGUEROA | ) |
| | ) |
| | ) |
| | ) |

Case No.

1 9 MJ 0 0 1 4 0   SKO

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 11, 2019 _____ in the county of _____ Fresno _____ in the _____ Eastern _____ District of _____ California _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §846, 841(a)(1) and (b)(1)(A)(vi) | Conspiracy to possess fentanyl with the intent to distribute |

Penalties:  a minimum of 10 years imprisonment to life
$10 million fine
5 years to life supervised release

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

_____
_Complainant's signature_

SA Joshua B. Copeland
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____ July 12, 2019 _____

_____
_Judge's signature_

City and state:  Fresno, California.

Sheila K. Oberto, U.S. Magistrate Judge
_Printed name and title_

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | AFFIDAVIT OF DEA SPECIAL AGENT JOSHUA COPELAND IN SUPPORT OF COMPLAINT |
| v. | |
| FERNANDO FIGUEROA | |

## EXPERTISE, TRAINING AND EXPERIENCE OF THE AFFIANT

I, Joshua Copeland, being sworn, depose, and state the following:

1.      I am an "investigative or law enforcement officer" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516, and Title 21, United States Code.

2.      I am a Special Agent (SA) with the U.S. Drug Enforcement Administration (DEA), assigned to the Fresno Area Surveillance Team (FAST), and have been so employed since May 2014. During this time, I have completed an eighteen-week training Academy in Quantico, Virginia. This training included the investigation of violations of Title 21, United States Code, Sections 841(a)(1) and 846. In addition, I have received special training in the methods used by drug traffickers to illegally produce methamphetamine. I was a police officer for the Gwinnett County Police Department in Georgia for four years prior to being employed by DEA. During that time, I worked drug investigations as a patrol officer before being assigned to the Narcotics Unit. Based on my experience and training, I have become knowledgeable regarding tactics employed by drug traffickers to manufacture, transport, distribute and conceal illegal drugs.

3.      This affidavit is made to support a complaint charging Fernando FIGUEROA with conspiring to distribute Fentanyl, a schedule II controlled substance, in violation of Title 21, United

COMPLAINT AFFIDAVIT

States Code, Section 846.

## **PROBABLE CAUSE**

4.      On July 1, 2019, at approximately 1:42 PM, Fresno PD officers responded to 5867 E Atchison Street, Fresno, CA, in response to an individual not breathing. Upon the officers' arrival, they observed Jagtar Singh unresponsive in the front yard. According to the reporting party, Singh was initially found unresponsive in the passenger seat of a gray Chevrolet Tahoe parked in the driveway. Officers located Amandip Gill in an upstairs bedroom, unresponsive, in the residence. Emergency medical personnel provided both males Narcan and were able to revive both individuals, who were transported to CRMC.

5.      Officers interviewed family members at the residence to see if they were aware of any narcotics being at the residence or the use of narcotic by the two victims, Gill and Singh, and the officers were told the victims did not use controlled substances. Based on Singh being passed out in the Tahoe, officers started looking in the Tahoe to see if there was anything in the vehicle Singh may have consumed or caused Singh to lose consciousness. Upon looking in the vehicle, the officer observed a closed duffle bag in the backseat of the Tahoe. One of the responding officers opened the bag and observed 3 kilogram shaped bricks, wrapped in plastic. One of the kilogram shaped bricks had a small slit in it and a two inch knife was located in the Tahoe. One of the responding officers drew the conclusion Singh and Gill had ingested some of the contents of the kilogram shaped package with the slit, due to the presence of the knife in the vehicle. The substance contained in the kilogram shaped bricks has not been examined, however your Affiant believes the kilogram shaped bricks contain a mixture of fentanyl due to the condition of Singh and Gill upon the arrival of responding officers and the administration of Narcan by EMS in order to revive them.

6.      Singh told investigators that Gill picked him up from the GB3 gym and asked him if he wanted to do a "line". The bag with the white powdery substance was in the rear of the Tahoe. They cut into the bags of the powder and ingested it causing their overdose.

7.      On July 11, 2019, between 5:46 and 5:51 PM, the mother of the deceased was contacted twice from cellular telephone number 661-302-3742, by a subject who identified himself as Fernando.

1  During both calls, Fernando indicated he needed to pick up the "stuff" and didn't want the family to "get

2  hurt".  At approximately 6:22 PM, "Fernando" showed up at 5867 E Atchison Street and told Gill's

3  parents his boss sent him and he needed to get the "stuff".  The parents informed Fernando they didn't

4  know what Fernando was referring to and Fernando departed the residence.  The parent's observed

5  Fernando driving a white Chevrolet Suburban, bearing California license plate 4ZQA400 (R/O Galvan

6  Elpidia or Galvan Agustin Figueroa, 614 Patricia Avenue, Bakersfield, California.) *The Atchison address has a Ring door bell which records* SKO JBC

7  *motions, images, and video of individuals who ring the door bell.*  8.  Based on my training and experience and my knowledge of the investigation, I believe

8  that Fernando and his co-conspirator(s) supplied Gill, who resided at the Atchison address with his

9  family prior to his death, with the substance that was found in the Tahoe by law enforcement,  It is also

10  my opinion when Fernando asked for the "stuff", Fernando was referring to the approximately 3

11  kilograms of white powdery substance seized by law enforcement at the Atchison address where

12  Amandip Gill resided, indicating Fernando and his co-conspirator(s) had not been paid for it.  This is

13  evidenced by Fernando threatening the family by saying he did not want them to "get hurt".

14  9.  On July 12, 2019, I spoke with DEA TFO Scott Merritt and provided TFO Merritt with

15  license plate number 4ZQA400.  TFO Merritt informed me there were multiple license plate reader

16  (LPR) hits at the Patricia address associated with the Suburban.  Investigative Assistant (IA) Kaelynn

17  Bounds ran a public records check on Elpidia Galvan and the Patricia address for associates and located

18  Fernando FIGUEROA.  TFO Merritt provided me photographs of FIGUEROA from Facebook and the

19  DMV.  DEA TFO Dean Cardinale and I went back to the Atchison address and reviewed the Ring

20  doorbell camera and positively identified the male in the video as FIGUEROA.  TFO Merritt also

21  provided me Kern County court information for FIGUEROA, where FIGUEROA was cited for a

22  misdemeanor on June 19, 2019, and provided the court with cellular telephone number 661-302-3742,

23  the same number that called the victim's family on July 11, 2019.  I requested and received subscriber

24  information for cellular telephone number 661-302-3742 and the subscriber was listed as Yailin

25  Aispuro.  IA Bounds ran a public records check on Yailin Aispuro and it showed her spouse as

26  Fernando, with an association to the Patricia address. *As noted above, based on my investigation, the registered* SKO JBC

27  *owner of the white Chevrolet Suburban, driven by FIGUEROA, resides at 614 Patricia Avenue.*  10.  Based on the information in this affidavit, I believe there is probable cause charging

28  Fernando FIGUEROA with conspiring to distribute Fentanyl, a schedule II controlled substance, in

COMPLAINT AFFIDAVIT                                    3

1   violation of Title 21, United States Code, Section 846.

2       I declare under penalty of perjury that the foregoing is true and correct to the best of my

3   knowledge.

4    

5   Joshua B. Copeland
    Special Agent, DEA

6

7

8   SWORN TO BEFORE ME, AND SUBSCRIBED
IN MY PRESENCE THIS 12th DAY OF

9   July, 2019.

10

11   Hon. Sheila K. Oberto
U.S. Magistrate Judge

12

13

14   Approved as to content and form:

15   /s/ Laurel J. Montoya
Laurel J. Montoya

16   Assistant U.S. Attorney

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT AFFIDAVIT         4